UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------X
MOHAMED M. ELALEM,

                Plaintiff(s),

   -against-

CHICKASAW NATION INDUSTRIES, INC., CNI
ADVANTAGE, INC., CHUGACH
GOVERNMENT SOLUTIONS, LLC (CGS),
CHUGACH INDUSTRIES, INC. (CII) and John
Doe 1-10, and "XYZ Corporation 1-10" (The latter
being fictitious and used to connote an unidentified
person and/or entity responsible for this
occurrence.)

                Defendant(s).
------------------------------------------------------------X

Civil Action No.
2:19-cv-04891 (SRC/CLW)

SUGGESTION OF DEATH

       Defendants, Chugach Government Solutions, LLC ("CGS") and Chugach Industries, Inc. ("CII") (collectively "CII, et al."), by its attorneys, Kiernan Trebach LLP, pursuant to Fed. R. Civ. P. 25(a), respectfully state upon information and belief that Plaintiff Mohamed M. Elalem died on or about February 2, 2020. CII, et al. respectfully refer the Court to the attached Exhibit A, the Certificate of Death provided to Defendants by Plaintiff's counsel on or about August 12, 2020, from which personal information has been redacted pursuant to Fed. R. Civ. P. 5.2(a). CII, et al. are not aware of the identity and contact information of any personal representative of Plaintiff's estate or other proper person to be personally served with this Suggestion of Death pursuant to Fed. R. Civ. P. 25(a). Upon information and belief, Plaintiff died without a will and an online search of the Middlesex County, New Jersey Surrogate records on September 29, 2020 did not uncover any responsive information (Plaintiff's address on the date of his death is in Middlesex County). See Exhibit B hereto (true and accurate copy of Middlesex County Surrogate Records Online Search conducted September 29, 2020).

Dated: September 29, 2020

KIERNAN TREBACH LLP

By: _____
Alexander H. Gillespie (AG-3060)
*Attorney for Defendants*
*Chugach Government Solutions, LLC and*
*Chugach Industries, Inc.*
2001 Route 46
Waterview Plaza - Suite 502
Parsippany, New Jersey 07054
(973) 335-8480
agillespie@kiernantrebach.com

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the within documents and all supporting papers have been served upon all counsel by electronic filing and by First Class Mail, postage prepaid, at the following addresses:

Natalie S. Shafer, Esq.
SPECTOR FOERST & ASSOCIATES
159 Millburn Avenue - Suite 4
Millburn, New Jersey 07041
Phone: (973) 258-9200
natalie.shader@spectorfoerst.com
*Counsel for Plaintiff*
("LEAD ATTORNEY/ATTORNEY TO BE NOTICED")

John M. McConnell, Esq.
GOLDBERG SEGALLA LLP
301 Carnegie Center Drive, Suite 200
Princeton, New Jersey 08540-6587
Phone: (609) 986-1326
jmcconnell@goldbergsegalla.com
*Counsel for Defendants*
*Chickasaw Nation Industries, Inc. and*
*CNI Advantage, LLC (improperly pled*
*as CNI Advantage, Inc.")*
("ATTORNEY TO BE NOTICED")

Dated: September 29, 2020

By: _____
Alexander H. Gillespie