# EXHIBIT A

# NEW JERSEY DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 20200006486

| Field | Value |
|---|---|
| 1a. Legal Name of Decedent (First, Middle, Last, Suffix) | **MOHAMED ELALEM** |
| 1b. Also Known As (AKA), If Any | |
| 2. Sex | Male |
| 3. Social Security Number | 1985 |
| 4a. Age | 34 Years |
| 5. Date of Birth (Mo/Day/Yr) | 985 |
| 6. Birthplace (City & State/Foreign Country) | Brooklyn, New York |
| 7a. Residence-State | New Jersey |
| 7b. County | Middlesex |
| 7c. Municipality/City | Carteret Borough |
| 7d. Street and Number | 144 High Street |
| 7e. Apt No. | |
| 7f. Zip Code | 07008 |
| 7g. Inside City Limits? | Yes |
| 8a. Ever in US Armed Forces? | Yes |
| 8b. If Yes, Name of War: | |
| 8c. War Service Dates (From/To): | |
| 9. Domestic Status at Time of Death | Divorced |
| 10. Name of Surviving Spouse/Partner | |
| 11. Father's Name (First, Middle, Last) | Mamdouh Elalem |
| 12. Mother's Name Prior to First Marriage | Azza Elalem |
| 13a. Name of Informant | Islam Elalem |
| 13b. Relationship to Decedent | Sibling |
| 13c. Mailing Address | 144 High Street, Carteret, NJ 07008 |
| 14. Method of Disposition | Burial |
| 15. Place of Disposition | Marlboro Muslim Memorial |
| 16. Location- City & State/Foreign Country | Marlboro Township, New Jersey |
| 17. Name and Complete Address of Funeral Facility | Muslim Funeral Services of NY, 5121 2nd Ave, Brooklyn NY 11232 |
| 18. Electronic Signature of Funeral Director | *Christine Ann Cuoco* |
| 19. NJ License Number | 23JP00453800 |
| 20. Decedent Education | Bachelor's degree (BA, AB, BS) |
| 21. Decedent of Hispanic Origin? | Not Spanish / Hispanic / Latino |
| 22. Decedent Race | Other Race: Egyptian |
| 23. Occupation of Decedent | Engineer |
| 24. Kind of Business/Industry | Engineering |
| 25. Name and Address of Last Employer | Picatinny Arsenal, US Military Dept. of Defense, 213 NJ-15, Wharton, NJ 07885 |
| 26. Date Pronounced Dead | 02/02/2020 |
| 28. Name of Person Pronouncing Death | - |
| 27. Time Pronounced Dead (24-hr) | 1234 |
| 29. License Number | |
| 30. Date Signed | - |
| 31. Date of Death | 02/02/2020 |
| 32. Time of Death (24-hr) | Approx-1142 |
| 33. Was Medical Examiner Contacted? | Yes |
| 34. Place of Death | Decedent's Home |
| 35a. Facility Name | 144 High Street |
| 35b. Municipality | Carteret Borough |
| 35c. County | Middlesex |

**36a. PART I - IMMEDIATE CAUSE** - final disease or condition resulting in death. Subsequently list conditions, if any, leading to the cause listed on Line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST.

| Cause | Description | Interval Between Onset and Death |
|---|---|---|
| Immediate Cause a. | Pending | unknown |
| Due to b. | | |
| Due to c. | | |
| Due to d. | | |

36b. PART II - Enter other significant conditions contributing to death but not resulting in underlying cause given in PART I.

| Field | Value |
|---|---|
| 37. Was an Autopsy Performed? | Religious Objection |
| 38. Were Autopsy Findings Available to Complete Cause of Death? | Not Applicable |
| 39. Date of Injury | |
| 40. Time of Injury | |
| 41. Place of Injury | |
| 42. Injury at work? | |
| 43a. Location of Injury | |
| 43b. Municipality | |
| 43c. County | |
| 43d. State | |
| 44. Describe How Injury Occurred | |
| 45. If Transportation Injury: | |
| 46. Manner of Death | Pending Investigation |
| 47. Did Decedent Have Diabetes? | Unknown |
| 48. Did Tobacco Use Contribute to Death? | Unknown |
| 49. If Female, Pregnancy State | Not applicable |
| 50. Certifier Type | Medical Examiner |
| 51. Name, Address, and Zip Code of Certifier | Allison Mautone, M.D. 1490 Livingston Ave., North Brunswick, NJ 08902 |
| 52. Electronic Signature of Certifier | *Allison Mautone* |
| 53. License Number | 25MA09868000 |
| 54. Date Certified | 02/02/2020 |
| 55. Electronic Signature of Local Registrar | *Nellie Sowell* |
| 56. District No. | V1245 |
| 57. Date Received | 02/03/2020 |
| Case ID Number | 2151379 |

Record Contains Amendment ☐

| Field | Value |
|---|---|
| Address | 144 High Street |
| 7b. Apt No. | |
| 7c. Zip Code | 07008 |
| 7d. Inside City? | Yes |
| 8a. Ever in US Armed Forces? | Yes |
| 8b. If Yes, Name of War | |
| 8c. War Service Dates (From/To) | |
| 9. Domestic Status at Time of Death | Divorced |
| 10. Name of Surviving Spouse/Partner | |
| 11. Father's Name | Mamdouh Elalem |
| 12. Mother's Name Prior to First Marriage | Azza Elalem |
| 13a. Name of Informant | Islam Elalem |
| 13b. Relationship to Decedent | Sibling |
| 13c. Mailing Address | 144 High Street, Carteret, NJ 07008 |
| 14. Method of Disposition | Burial |
| 15. Place of Disposition | Marlboro Muslim Memorial |
| 16. Location - City & State/Foreign Country | Marlboro Township, New Jersey |
| 17. Name and Complete Address of Funeral Facility | Muslim Funeral Services of NY, 5121 2nd Ave, Brooklyn NY 11232 |
| 18. Electronic Signature of Funeral Director | Christine Ann Cuoco |
| 19. NJ License Number | 23JP00453600 |
| 20. Decedent Education | Bachelor's degree (BA, AB, BS) |
| 21. Decedent of Hispanic Origin? | Not Spanish / Hispanic / Latino |
| 22. Decedent Race | Other Race: Egyptian |
| 23. Occupation of Decedent | Engineer |
| 24. Kind of Business/Industry | Engineering |
| 25. Name and Address of Last Employer | Picatinny Arsenal, US Military Dept. of Defense, 213 NJ-15, Wharton, NJ 07885 |
| 26. Date Pronounced Dead | 02/02/2020 |
| 28. Name of Person Pronouncing Death | |
| 27. Time Pronounced Dead (24-hr) | 1234 |
| 29. License Number | |
| 30. Date Signed | |
| 31. Date of Death | 02/02/2020 |
| 32. Time of Death (24-hr) | Approx-1142 |
| 33. Was Medical Examiner Contacted? | Yes |
| 34. Place of Death | Decedent's Home |
| 35a. Facility Name | 144 High Street |
| 35b. Municipality | Carteret Borough |
| 35c. County | Middlesex |

**36a. PART I - IMMEDIATE CAUSE**

| | | Interval Between Onset and Death |
|---|---|---|
| Immediate Cause | a. Pending | unknown |
| Due to (or as a consequence of): | b. | |
| Due to (or as a consequence of): | c. | |
| Due to (or as a consequence of): | d. | |

36b. PART II - Enter other significant conditions contributing to death but not resulting in underlying cause given in PART I.

| Field | Value |
|---|---|
| 37. Was an Autopsy Performed? | Religious Objection |
| 38. Were Autopsy Findings Available to Complete Cause of Death? | Not Applicable |
| 39. Date of Injury | |
| 40. Time of Injury | |
| 41. Place of Injury | |
| 42. Injury at work? | |
| 43a. Location of Injury | |
| 43b. Municipality | |
| 43c. County | |
| 43d. State | |
| 44. Describe How Injury Occurred | |
| 45. If Transportation Injury | |
| 46. Manner of Death | Pending investigation |
| 47. Did Decedent Have Diabetes? | Unknown |
| 48. Did Tobacco Use Contribute to Death? | Unknown |
| 49. If Female, Pregnancy State | Not applicable |
| 50. Certifier Type | Medical Examiner |
| 51. Name, Address, and Zip Code of Certifier | Allison Mautone, M.D.  1490 Livingston Ave., North Brunswick, NJ 08902 |
| 52. Electronic Signature of Certifier | Allison Mautone |
| 53. License Number | 25MA09868000 |
| 54. Date Certified | 02/02/2020 |
| 55. Electronic Signature of Local Registrar | Nellie Sowell |
| 56. District No. | V1246 |
| 57. Date Received | 02/03/2020 |
| Case ID Number | 2151379 |

Record Contains Amendment ☐

**DATE ISSUED:** February 04, 2020

**ISSUED BY:**
New Jersey Department of Health, Office of Vital Statistics and Registry

This is to certify that the above is correctly copied from a record on file in my office. Certified copy not valid unless the raised Great Seal of the State of New Jersey or the seal of the issuing municipality or county, is affixed hereon.

Vincent T. Arrisi
State Registrar
Office of Vital Statistics and Registry



REG-42B
JUN 14

THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD; VOID IF ALTERED