# EXHIBIT B

# MIDDLESEX
COUNTY·NJ

Last Name: elalem   First Name:   Docket #:   Case Type: ALL   [Search]

**No Records Found... Last Name: elalem**

| Name | Docket | Case Desc | Town | Filed | Issued | DOD | DOB |
|---|---|---|---|---|---|---|---|

No data to display