

Kiernan Trebach LLP
Waterview Plaza - Suite 502
2001 Route 46
Parsippany, NJ 07054
T: (973) 335-8480
F: (973) 299-1337
KiernanTrebach.com

October 28, 2021

**BY ECF**

The Honorable Cathy L. Waldor
United States Magistrate Judge
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    Elalem v. CNI Advantage, LLC, et al., Civil Action No. 2:19-cv-04891
             (SRC)(CLW)

## CONFIDENTIAL SETTLEMENT MEMORANDUM

Dear Judge Waldor:

This office represents Defendants Chugach Industries, Inc. ("CII") and CGS Government Solutions, LLC ("CGS") in the above-referenced matter, which arises out of injuries allegedly suffered by Mohamed Elalem when he slipped and fell on steps while leaving his place of employment at Picatinny Arsenal. We are writing with the consent of all counsel to respectfully request that the Court request that clients with full settlement authority participate in the settlement conference scheduled for November 3, 2021 at 12:30 p.m., for the entire duration of the settlement conference.

In short, the parties have engaged in settlement discussions during the pendency of the settlement conference. Based on developments during those discussions, Defendants strongly believe that the prospect for a successful settlement conference will be materially enhanced by full client participation at the settlement conference. Defense counsel have confirmed their client's willingness and availability to participate at the settlement conference. In addition, based on our recent discussions with Plaintiff's counsel, it is our understanding that Plaintiff's counsel is also amenable to this request.

CONNECTICUT | DISTRICT OF COLUMBIA | FLORIDA | MARYLAND | MASSACHUSETTS | NEW JERSEY | NEW YORK | PENNSYLVANIA | RHODE ISLAND | VIRGINIA

The Honorable Cathy L. Waldor
October 28, 2021
Page 2

On a more logistical point related to this request, we note that the settlement conference is currently scheduled to be via teleconference, and that proceeding by teleconference may make it more difficult or impossible to engage in "breakout" discussions by or between the Court and the various parties. It is our understanding that all parties are amenable to proceeding by Zoom or related service.

We thank the Court for its courtesies and are prepared to respond to any questions the Court may have.

Respectfully submitted,

*Alexander H. Gillespie*

Alexander H. Gillespie

AHG:mea

cc:     Michael J. Cuellar, Esq.
        Spector Foerst & Associates
        159 Millburn Avenue - Suite 4
        Millburn, New Jersey 07041
        *Attorneys for Plaintiff*

        John McConnell, Esq.
        Goldberg Segalla, LLP
        301 Carnegie Center Drive, Suite 200
        Princeton, NJ 08540-1326
        *Attorneys for Defendants, Chickasaw Nation Industries, Inc.*
        *and CNI Advantage, LLC*

KIERNAN TREBACH